**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHANGHAI CHAMPION TRADING CO., LTD., | : | Civil No. 1:25-CV-02148 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LUCY IMPORTS, LLC, *et al.*, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 10th day of April, 2026, for the reasons stated in the accompanying memorandum opinion, Defendant Lefevre 7, LLC's motion to dismiss, Doc. 21, is **DENIED**. Defendant Lefevre shall file an Answer to the Complaint **by May 4, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania